UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacey Victoria Hartnett,<br><br>               Plaintiff,<br><br>     v.<br><br>COUNTY OF PLACER, a public entity; PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES (CSOC), a public entity; PLACER COUNTY COURT APPOINTED SPECIAL ADVOCATES (CASA), a public entity; RICHARD J. BURTON, M.D., M.P.H., DIRECTOR as an individual and-in official capacity; KEVIN HENDERSON, as an individual and-in official capacity; DIANA RYAN, Program Supervisor, as an individual and-in official capacity; H. PAUL SANDERS, as an individual and-in official capacity; APRIL CAREW, as an individual, and-in official capacity; KATHY TANNER, as an individual, and-in official capacity; KAREN SCHLANGER, as an individual and-in official capacity; CANDACE SKINNER, as an individual and-in official capacity; TOM LIND, as an individual and-in official capacity; ROMNEY LYNN, as an individual and-in official capacity; DON KLEINDER, CASA DIRECTOR, as an individual and-in, official capacity; TAMARA LARSON, CASA worker as an individual and-in official capacity; CHRISTINE TAYLOR | No.  2:14-cv-01604-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

1

BROWN, as an individual, and
Does 1 through 25 inclusive,

          Defendants.

       The Joint Status Report filed August 4, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 18, 2014, is continued to November 24, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

       Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Tamara Lawson with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before November 7, 2014, Plaintiff shall file proof of service for this defendant or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

       IT IS SO ORDERED.

Dated: August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2